1  Timothy J. Warzecha
   LAW OFFICES OF TIMOTHY J. WARZECHA
2  719 Second Avenue, Suite 104
   Seattle, WA 98104
3  Telephone: (206) 264-0282
   Facsimile: (206) 262-9272
4  warzecha@warzecha-law.com

5

6

7

8

9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12  DANIEL JANKANISH and HEATHER
    JANKANISH, a married couple, and DAVID L.    NO. CV 08-2460 EMC
    MCFERRIN, on behalf of themselves and all
13  others similarly situated,                   APPLICATION FOR ADMISSION OF
                                                 ATTORNEY *PRO HAC VICE*
14                             Plaintiffs,

15     v.

16  FIRST AMERICAN TITLE INSURANCE
    COMPANY and FIRST AMERICAN SMS, aka
17  SMS SETTLEMENT SERVICES,

18                             Defendants.

19

20      Pursuant to Civil L.R. 11-3, Timothy J. Warzecha, an active member in good standing of

21  the bar of the United States District Court of the Western District of Washington, hereby applies

22  for admission to practice in the Northern District of California on a *pro hac vice* basis

23  representing Plaintiffs in the above-entitled action.

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - 1 -

**ORIGINAL**

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
reed@hbsslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20 day of May, 2008.

LAW OFFICES OF TIMOTHY J. WARZECHA, PLLC

By _____
Timothy J. Warzecha, WSBA No. 28890

LAW OFFICES OF TIMOTHY J. WARZECHA
719 Second Avenue, Suite 104
Seattle, WA 98104
Telephone: (206) 264-0282
Facsimile: (206) 262-9272
warzecha@warzecha-law.com