1  Timothy J. Warzecha
   LAW OFFICES OF TIMOTHY J. WARZECHA
2  719 Second Avenue, Suite 104
   Seattle, WA 98104
3  Telephone: (206) 264-0282
   Facsimile: (206) 262-9272
4  warzecha@warzecha-law.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, and DAVID L. MCFERRIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, aka SMS SETTLEMENT SERVICES,<br><br>Defendants. | NO. CV 08-2460 EMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Timothy J. Warzecha, an active member in good standing of the bar of the United States District Court of the Western District of Washington, whose business address and telephone number is:

United States District Court for the Western District of Washington at Seattle
700 Stewart Street, Lobby Level
Seattle, Washington 98101
(206) 370-8400

ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* - 1 -

ORIGINAL

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing Plaintiffs.
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communications with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, *Electronic Case Filing*.
8      DATED:  May 30, 3008

   Magistrate Judge Edward M. Chen



ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE* - 2 -