1  Steve W. Berman
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  steve@hbsslaw.com
   tyler@hbsslaw.com
5  toml@hbsslaw.com

FILED

00 JUN -3  PM 4: 11

CLRK. U.S. DISTRICT COURT
THERN DISTRICT OF CALIFORNIA

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  DANIEL JANKANISH and HEATHER          )
    JANKANISH, a married couple,          )   No. CV 08-2460-EMC
11  DAVID L. MCFERRIN, and PAIGE L.       )
    PERISICH, on behalf of themselves and all  )   APPLICATION FOR ADMISSION OF
12  others similarly situated,            )   ATTORNEY *PRO HAC VICE*
                                          )
13                         Plaintiffs,    )
                                          )
14          v.                            )
                                          )
15  FIRST AMERICAN TITLE INSURANCE        )
    COMPANY and FIRST AMERICAN SMS,       )
16  aka SMS SETTLEMENT SERVICES,          )
                                          )
17                         Defendants.    )
    _____)

18

19

20

21

22

23

24

25

26

27

28

010052-12 242694 V1                       ORIGINAL

1    Pursuant to Civil L.R. 11-3, Steve W. Berman, an active member in good

2    standing of the bar of the Western District of Washington, hereby applies for admission

3    to practice in the Northern District of California on a *pro hac vice* basis representing the

4    Plaintiffs in the above-entitled action.

5        In support of this application, I certify on oath that:

6    1.    I am an active member in good standing of a United States Court or of the

7    highest court of another State or the District of Columbia, as indicated above:

8    2.    I agree to abide by the Standards of Professional Conduct set forth in

9    Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and

10    to become familiar with the Local Rules and the Alternative Dispute Resolution

11    programs of this Court; and,

12    3.    An attorney who is a member of the bar of this Court in good standing

13    and who maintains an office within the State of California has been designated as co-

14    counsel in the above-entitled action. The name, address, and telephone number of that

15    attorney is:

16        Reed R. Kathrein (139304)
        HAGENS BERMAN SOBOL SHAPIRO LLP
17        715 Hearst Avenue, Suite 202
        Berkeley, CA 94710
18        Telephone: (510) 725-3000
        Facsimile: (510) 725-3001
19        reed@hbsslaw.com

20        I declare under penalty of perjury that the foregoing is true and correct.

21    DATED: June 2, 2008.                HAGENS BERMAN SOBOL SHAPIRO LLP

22

23                        By: _____
24                            Steve W. Berman
                            1301 Fifth Avenue, Suite 2900
25                            Seattle, WA 98101
                            Telephone: (206) 623-7292
26                            Facsimile: (206) 623-0594
                            steve@hbsslaw.com

27                        Attorneys for Plaintiffs and the Proposed Classes

28

Application for Admission of Attorney
*Pro Hac Vice* – CV 08-2460-EMC            - 1 -

010052-12 242694 V1