Tyler Weaver
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
tyler@hbsslaw.com

FILED
08 JUN -3 PM 4:11
[CLERK], U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID L. MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, aka SMS SETTLEMENT SERVICES,<br><br>Defendants. | No. CV 08-2460-EMC<br><br>APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ORIGINAL

010052-12 243089 V1

1  Pursuant to Civil L.R. 11-3, Tyler S. Weaver, an active member in good standing
2  of the bar of the Western District of Washington, hereby applies for admission to
3  practice in the Northern District of California on a *pro hac vice* basis representing the
4  Plaintiffs in the above-entitled action.

5  In support of this application, I certify on oath that:

6  1. I am an active member in good standing of a United States Court or of the
7  highest court of another State or the District of Columbia, as indicated above:

8  2. I agree to abide by the Standards of Professional Conduct set forth in
9  Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and
10 to become familiar with the Local Rules and the Alternative Dispute Resolution
11 programs of this Court; and,

12 3. An attorney who is a member of the bar of this Court in good standing
13 and who maintains an office within the State of California has been designated as co-
14 counsel in the above-entitled action. The name, address, and telephone number of that
15 attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001
> reed@hbsslaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 2, 2008.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
Tyler S. Weaver
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
tyler@hbsslaw.com

Attorneys for Plaintiffs and the Proposed Classes

Application for Admission of Attorney
Pro Hac Vice – CV 08-2460-EMC                - 1 -

010052-12  243089 V1