|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID L. MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, aka SMS SETTLEMENT SERVICES,

Defendants.

No. CV 08-2460-EMC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Tyler S. Weaver, an active member in good standing of the bar of the Western District of Washington, whose business address and telephone number is 700 Stewart Street, Seattle, Washington 98101, (206) 370-8400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: June 4, 2008

_____
MAGISTRATE JUDGE EDWARD M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen

010052-12 243090 V1