**ORIGINAL**

Clerk's Use Only
Initial for fee pd.:

Hannah F. Preston
One Metropolitan Square, 211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259 2000 (Telephone)
(314) 259 2020 (Facsimile)

FILED
08 JUN 17 AM 11: 13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL JANKANISH, et. al.

          Plaintiff(s),

    v.

FIRST AMERICAN TITLE INSURANCE
COMPANY and FIRST AMERICAN
SMS aka SMS SETTLEMENT SERVICE

          Defendant(s).

CASE NO. CV-08-2460-EMC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Hannah F. Preston, an active member in good standing of the bar of Missouri Supreme Court, USDC, Eastern District of Missouri, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
James Goldberg, BRYAN CAVE LLP (415) 675-3400
Two Embarcadero Center, Suite 1410, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/10/08

                                                                             Hannah F. Preston