| Clerk's Use Only |
|---|
| Initial for fee pd.: |

**ORIGINAL**

Charles A. Newman
One Metropolitan Square, 211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259 2000 (Telephone)
(314) 259 2020 (Facsimile)

FILED
08 JUN 17 AM 11:13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DANIEL JANKANISH, et. al.

          Plaintiff(s),

v.

FIRST AMERICAN TITLE INSURANCE
COMPANY and FIRST AMERICAN
SMS aka SMS SETTLEMENT SERVICE

          Defendant(s).

CASE NO. CV-08-2460-EMC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Charles A. Newman, an active member in good standing of the bar of MO Supreme Court & Eastern District of MO, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   James Goldberg, BRYAN CAVE LLP (415) 675-3400
   Two Embarcadero Center, Suite 1410, San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11 June 2008