UNITED STATES DISTRICT COURT

Northern District of California

DANIEL JANKANISH, et. al.

                Plaintiff(s),
  v.

FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS

                Defendant(s).

CASE NO. CV-08-2460-EMC

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Charles A. Newman, an active member in good standing of the bar of Missouri Supreme Court, USDC, Eastern District of Missouri (particular court to which applicant is admitted) whose business address and telephone number is

BRYAN CAVE LLP, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102-2750, (314) 259 2000.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DEFENDANTS.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:    June 18, 2008



IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
For the Northern District of California