UNITED STATES DISTRICT COURT

Northern District of California

DANIEL JANKANISH, et. al.

               Plaintiff(s),
    v.

FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS

               Defendant(s).
_____/

CASE NO. CV-08-2460-EMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas W. King , an active member in good standing of the bar of
    Missouri Supreme Court
    USDC, Eastern District of Missouri    whose business address and telephone number
(particular court to which applicant is admitted)
is
BRYAN CAVE LLP, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, MO 63102-2750, (314) 259 2000.

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DEFENDANTS.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  6/18/08



United States Magistrate Judge
Judge Edward M. Chen
IT IS SO ORDERED