```
 1  BRYAN CAVE LLP
    James Goldberg (SBN 107990)
 2  Two Embarcadero Center, Suite 1410
    San Francisco, California 94111
 3  Telephone:   (415) 675-3400
    Facsimile:   (415) 675-3434
 4
    Attorneys for Defendants
 5  First American Title Insurance Company and
    First American SMS, Inc. aka SMS Settlement
 6  Services
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, and DAVID L. MCFERRIN, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, INC. aka SMS SETTLEMENT SERVICES,<br><br>Defendants. | Case No. CV 08 2460 FMC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT** |

It is hereby stipulated and agreed by and between counsel for Plaintiffs and Defendants that Defendants shall have to and including July 3, 2008 to file a motion pursuant to 28 U.S.C. §1404 to change to the venue of this action to the Western District of Washington ("Venue Motion"), that Plaintiffs shall file their Opposition papers to the Venue Motion on July 21, 2008; that Defendants shall file their reply papers on the Venue Motion on August 4, 2008; and that the Defendants shall set the Venue Motion for hearing on August 11, 2008.

It is further stipulated and agreed by and between counsel for Plaintiffs and the Defendants that the Defendants' time to answer or respond to the First Amended Class Complaint under F.R.C.P. Rule 12 shall be stayed pending the ruling by the Federal District Court for the Northern District, California, on the Venue Motion ("The Ruling") and that Defendants shall have fifteen

days from notice of the Ruling to move to dismiss the First Amended Class Action Complaint pursuant to F.R.C.P. Rule 12(b) (6).

SO STIPULATED BY:

HAGENS, BERMAN, SOBEL SHAPIRO LLP

By: _____
Thomas E. Loeser (SBN 202724)
Attorneys for Plaintiffs

Dated: June 16, 2008

BRYAN CAVE LLP

By: _____
James Goldberg (SBN 107990)
Attorneys for Defendants

Dated: June 16, 2008