COPY

ORIGINAL FILED
JUN 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | James Goldberg, CA-SBN: 107990
~~Charles A. Newman,~~ *pro hac vice* pending
2 | Douglas W. King, *pro hac vice* pending
Jason E. Maschmann, *pro hac vice* pending
3 | BRYAN CAVE LLP
Two Embarcadero Center, Suite 1410
4 | 201 Clay Street
San Francisco, CA 94111-3907
5 | Telephone:    415-675-3400
Facsimile:    415-675-3434
6
7 | Attorneys for Defendants
FIRST AMERICAN TITLE INSURANCE
8 | COMPANY and FIRST AMERICAN SMS, INC.
9

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID L. MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, INC., aka SMS SETTLEMENT SERVICES,<br><br>Defendants. | Case No. CV 08 2460 MC<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

1.  The First American Corporation, which is a publicly traded company (NYSE:FAF).

2.  First American Title Insurance Company (a wholly owned subsidiary of The First American Corporation).

3.  First American Professional Real Estate Services, Inc., formerly known as First American SMS, Inc., (a wholly owned subsidiary of The First American Corporation).

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:    June 19, 2008

**BRYAN CAVE LLP**
Charles A. Newman
Douglas W. King
Jason E. Maschmann

By: _____
     James Goldberg

Attorneys of Record for Defendants
FIRST AMERICAN TITLE INSURANCE
COMPANY and FIRST AMERICAN SMS, INC.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

CERTIFICATION OF INTERESTED PERSONS