**BRYAN CAVE LLP**
James Goldberg (SBN 240359)
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Hannah Preston, *pro hac vice*
Douglas W. King, *pro hac vice*
Charles A. Newma,n, *pro hac vice*
Jason Maschmann, *pro hac vice*
One Metropolitan Square,
211 N.Broadway,
Suite 3600
St. Louis, MO 63102-2750
(314) 259-2000 (Telephone)
(314) 259-2020 (Facsimile)

Attorneys for Defendant
FIRST AMERICAN TITLE INSURANCE
COMPANY and FIRST AMERICAN SMS,
INC. aka SMS SETTLEMENT SERVICES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, INC., aka SMS SETTLEMENT SERVICES<br><br>Defendants. | Case No. CV 08 2460 EMC<br><br>**CERTIFICATE OF SERVICE** |

SF01DOCS\375.1

1

CERTIFICATE OF SERVICE

## SERVICE LIST
*Jankanish v. First American Title Company and First American SMS, Inc.*
*aka SMS Settlement Services.*
USDC, Northern District Case No. CV 08 2460

**Notice has been electronically mailed to:**

Reed R. Kathrein - reed@hbsslaw.com
Steve W. Berman – steve@hbsslaw.com
Tyler Weaver – tyler@hbsslaw.com
Stephanie Ann Blazewicz –
stephanie.blazewicz@bryancave.com
debra.crawford –
debra.crawford@bryancave.com

Thomas E. Loeser
Hagen Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Douglas W. King, Esq.
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2720

Charles A. Newman
Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2720

Jason Maschmann
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2720

Hannah F. Preston
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2720

Timothy J. Warzecha
Law Offices of Timothy J. Warzecha PLLC
719 Second Avenue
Suite 104
Seattle, WA 98104-1748

I, Geneva D. Hill, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111 and my email address is hillg@bryancave.com.

On June 27, 2008, I caused to be served on the interested parties in said action the within:

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS CERTIFICATE OF SERVICE**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

*See Attached Service List for Service Details*

[ ] **BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

[ x ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

[ ] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

[ x ] **BY E-MAIL** – I caused a true copy of the foregoing document(s) to be served by electronic email transmission at the time shown on each transmission, to each interested party at the email address shown above. Each transmission was reported as complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 27, 2008 at San Francisco, California.

Geneva D. Hill
(Type or print name)                             (Signature)

SF01DOCS\375.1                              2
CERTIFICATE OF SERVICE

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614