1   BRYAN CAVE LLP
    James Goldberg (SBN 107990)
2   Two Embarcadero Center, Suite 1410
    San Francisco, California 94111
3   Telephone:    (415) 675-3400
    Facsimile:    (415) 675-3434
4
    Attorneys for Defendants
5   First American Title Insurance Company and
    First American SMS, Inc. aka SMS Settlement
6   Services
7
8              IN THE UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10  DANIEL JANKANISH and HEATHER          Case No. CV 08 2460 EMC
    JANKANISH, a married couple, and DAVID L.
11  MCFERRIN, on behalf of themselves and all other   **STIPULATION TO EXTEND TIME**
    similarly situated,                   **TO RESPOND TO FIRST AMENDED**
12                                        **CLASS ACTION COMPLAINT ; ORDER**
                Plaintiffs,
13
         v.
14
    FIRST AMERICAN TITLE INSURANCE
15  COMPANY and FIRST AMERICAN SMS, INC.
    aka SMS SETTLEMENT SERVICES,
16
                Defendants.
17

18       It is hereby stipulated and agreed by and between counsel for Plaintiffs and Defendants

19  that Defendants shall have to and including July 3, 2008 to file a motion pursuant to 28 U.S.C.

20  §1404 to change to the venue of this action to the Western District of Washington ("Venue

21  Motion"), that Plaintiffs shall file their Opposition papers to the Venue Motion on July 21, 2008;

22  that Defendants shall file their reply papers on the Venue Motion on August 4, 2008; and that the

23  Defendants shall set the Venue Motion for hearing on August 11, 2008.

24

25       It is further stipulated and agreed by and between counsel for Plaintiffs and the Defendants

26  that the Defendants' time to answer or respond to the First Amended Class Complaint under

27  F.R.C. P. Rule 12 shall be stayed pending the ruling by the Federal District Court for the Northern

28  District, California, on the Venue Motion ("The Ruling") and that Defendants shall have fifteen

SF01DOCS\330.1                          1

1  days from notice of the Ruling to move to dismiss the First Amended Class Action Complaint

2  pursuant to F.R.C.P. Rule 12(b) (6).

3

4  SO STIPULATED BY:

5

6  HAGENS, BERMAN, SOBEL                      BRYAN CAVE LLP
   SHAPIRO LLP

7

8  By:                                        By:
       Thomas E. Loeser (SBN 202724)              James Goldberg (SBN 107990)
       Attorneys for Plaintiffs                   Attorneys for Defendants

9

10  Dated:  June 16, 2008                      Dated: June 16, 2008

11

12  IT IS SO ORDERED:

13

14

15  Edward M. C

16  U. S. Magistr

17  Judge

18

19

20

21

22

23

24

25

26

27

28



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111