Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
Tyler Weaver
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tyler@hbsslaw.com
toml@hbsslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID L. MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, aka SMS SETTLEMENT SERVICES,<br><br>                Defendants. | No. CV 08-2460-EMC |

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

010052-12 248538 V1

1   DATED: July 2, 2008.                    HAGENS BERMAN SOBOL SHAPIRO LLP

2

3                                           By: __s/ Thomas E. Loeser_____
                                                Steve W. Berman (admitted *pro hac vice*)
4                                               Tyler Weaver (admitted *pro hac vice*)
                                                Thomas E. Loeser (202724)
5                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                            1301 Fifth Avenue, Suite 2900
6                                           Seattle, WA 98101
                                            Telephone: (206) 623-7292
7                                           Facsimile: (206) 623-0594
                                            steve@hbsslaw.com
8                                           tyler@hbsslaw.com
                                            toml@hbsslaw.com
9
                                            Reed R. Kathrein (139304)
10                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            715 Hearst Avenue, Suite 202
11                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
12                                          Facsimile: (510) 725-3001
                                            reed@hbsslaw.com
13
                                            Timothy J. Warzecha
14                                          LAW OFFICES OF TIMOTHY J.
                                            WARZECHA, PLLC
15                                          719 Second Avenue, Suite 104
                                            Seattle, WA 98104-1748
16                                          Telephone: (206) 264-0282
                                            Facsimile: (206) 262-9272
17                                          Warzecha@warzecha-law.com

18                                          Attorneys for Plaintiffs and the Proposed Classes

19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE           - 2 -
MAGISTRATE JUDGE – CV 08-2460-EMC

010052-12 248538 V1

**CERTIFICATE OF SERVICE**

On July 2, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

- **Steve W. Berman**
  steve@hbsslaw.com
- **Stephanie Ann Blazewicz**
  stephanie.blazewicz@bryancave.com
- **Reed R. Kathrein**
  reed@hbsslaw.com
- **Charles A. Newman**
  canewman@bryancave.com
- **Tyler S. Weaver**
  tyler@hbsslaw.com

Executed this 2nd day of July, 2008, in Seattle, Washington.

HAGENS BERMAN SOBOL SHAPIRO LLP

By:  s/ Thomas E. Loeser
       Thomas E. Loeser (202724)

DECLINATION TO PROCEED BEFORE
MAGISTRATE JUDGE – CV 08-2460-EMC

- 3 -

010052-12 248538 V1