BRYAN CAVE LLP
James Goldberg (SBN 107990)
Stephanie Blazewicz (SBN 240359)
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Defendants
First American Title Insurance Company and
First American SMS, Inc. aka SMS Settlement Services

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, and DAVID L. MCFERRIN, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, INC. aka SMS SETTLEMENT SERVICES,<br><br>Defendants. | Case No. CV 08 2460 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 1, 2008

BRYAN CAVE LLP

By: _____
James Goldberg
Attorneys for Defendants

SF01DOCS\433.1                              1