**BRYAN CAVE LLP**
James Goldberg (SBN 107990;
james.goldberg@bryancave.com)
Stephanie Blazewicz (SBN 240359;
stephanie.blazewicz@bryancave.com)
Two Embarcadero Center, Suite 1420
San Francisco, California 94111
Phone: 415-675-3400
Fax:     415-675-3434

Attorneys for Defendants
First American Title Insurance Company
First American SMS, Inc. a/k/a SMS
Settlement Services

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID L. MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, INC. a/k/a SMS SETTLEMENT SERVICES,<br><br>Defendants. | Case No. 3:08-CV-02460-MMC<br><br>**RENOTICE OF DEFENDANTS' MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Hearing Date: August 15, 2008<br>Time:   9:00 a.m.<br>Courtroom: 7, 19th Floor<br>Judge: Honorable Maxine M. Chesney<br><br>Complaint Filed: May 14, 2008 |

DEFENDANTS' MOTION TO TRANSFER – CV-08-2460-MMC

# RENOTICE OF MOTION

**TO ALL PARTIES AND THEIR COUNSEL:**

The purpose of this Renotice is simply to identify a new hearing judge and date for a pending motion.

PLEASE TAKE NOTICE THAT on August 15, 2008, at 9:00 a.m., or such other time as may be determined by the Court, in Courtroom 7, 19th Floor, located at U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California, Defendants First American Title Insurance Company and First American Professional Real Estate Services, Inc. (collectively "First American") will, and hereby do, move this Court, pursuant to 28 U.S.C. § 1404(a), for an order transferring this action to the Western District of Washington. This motion is based upon the Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the First Amended Complaint (ECF Doc. 5 - "FAC") and the Declarations of Brenda Rawlins and Charles Schultz. This motion was previously filed on July 3, 2008 and noticed for August 11, 2008 before Magistrate Judge Chen.

Dated:      July 10, 2008                  Respectfully submitted,

                                           BRYAN CAVE LLP


                                           By: _____[signature]_____
                                               James Goldberg
                                           Attorneys for Defendants
                                           First American Title Insurance Company
                                           and First American Professional Real Estate Services, Inc.