Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
Tyler Weaver
Thomas E. Loeser (202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tyler@hbsslaw.com
toml@hbsslaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH and HEATHER JANKANISH, a married couple, DAVID L. MCFERRIN, and PAIGE L. PERISICH, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN SMS, aka SMS SETTLEMENT SERVICES,<br><br>　　　　　　　　　　Defendants. | No. 3:08-CV 02460-MMC<br><br>**PLAINTIFFS' CONSENT TO TRANSFER TO WESTERN DISTRICT OF WASHINGTON AT SEATTLE**<br><br>Hearing Date: August 15, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

On July 3, 2008, Defendants filed their Motion to Transfer Pursuant to 28 U.S.C. § 1404(a). Dkt. #25. On July 9, 2008, this case was reassigned to this Court. Dkt. #27. On July 11, 2008, Defendants renoted their motion for August 15, 2008. Dkt. #28.

Plaintiffs hereby consent to the transfer of this case to the Western District of Washington at Seattle and respectfully request that the Court issue an order so transferring this case.

010052-12 250393 V1

| | | |
|---|---|---|
| 1 | DATED:  July 11, 2008. | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By:  s/ Thomas E. Loeser |
| 4 | | Steve W. Berman (admitted *pro hac vice*)<br>Tyler Weaver (admitted *pro hac vice*)<br>Thomas E. Loeser (202724) |
| 5 | | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900 |
| 6 | | Seattle, WA 98101<br>Telephone:  (206) 623-7292 |
| 7 | | Facsimile:  (206) 623-0594<br>steve@hbsslaw.com |
| 8 | | tyler@hbsslaw.com<br>toml@hbsslaw.com |
| 9 | | |
| 10 | | Reed R. Kathrein (139304)<br>HAGENS BERMAN SOBOL SHAPIRO LLP |
| 11 | | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 12 | | Telephone:  (510) 725-3000<br>Facsimile:  (510) 725-3001 |
| 13 | | reed@hbsslaw.com |
| 14 | | Timothy J. Warzecha<br>LAW OFFICES OF TIMOTHY J. |
| 15 | | WARZECHA, PLLC<br>719 Second Avenue, Suite 104 |
| 16 | | Seattle, WA 98104-1748<br>Telephone:  (206) 264-0282 |
| 17 | | Facsimile:  (206) 262-9272<br>Warzecha@warzecha-law.com |
| 18 | | Attorneys for Plaintiffs and the Proposed Classes |

CONSENT TO TRANSFER – 3:08-CV-02460-MMC     - 2 -

010052-12  250393 V1

**CERTIFICATE OF SERVICE**

On July 11, 2008, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

- **Steve W. Berman**
  steve@hbsslaw.com
- **Stephanie Ann Blazewicz**
  stephanie.blazewicz@bryancave.com
- **Reed R. Kathrein**
  reed@hbsslaw.com
- **Charles A. Newman**
  canewman@bryancave.com
- **Tyler S. Weaver**
  tyler@hbsslaw.com

Executed this 11th day of July, 2008, in Seattle, Washington.

HAGENS BERMAN SOBOL SHAPIRO LLP


By:   s/ Thomas E. Loeser
         Thomas E. Loeser (202724)

CONSENT TO TRANSFER – 3:08-CV-02460-MMC      - 3 -

010052-12  250393 V1