IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JANKANISH, et al., | No. C-08-2460 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER** |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY, et al., | |
| Defendants / | |

Defendants having moved to transfer the above-titled action to the Western District of Washington, (see Docket # 25), and plaintiffs having consented to such transfer, (see Docket # 29), the Court, for the reasons stated by defendants, hereby GRANTS the motion and transfers the instant action to the Western District of Washington, pursuant to 28 U.S.C. § 1404(a).[1]

**IT IS SO ORDERED.**

Dated: July 14, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The August 15, 2008 hearing on the motion is hereby VACATED.