**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 22, 2008

U.S. District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101

JUL 25 2008

RE: CV 08-02460 MMC   DANIEL JANKANISH-v-FIRST AMERICAN TITLE INS.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ✔ Certified copy of docket entries.
- ✔ Certified copy of Transferral Order.
- ✔ Original case file documents.
- ✔ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: (Sheila Rash)
Case Systems Administrator

Enclosures
Copies to counsel of record

Assigned As:
C08-1147 TSZ
Q. McNabb

**FILED**

AUG 08 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

ALFRED AMISTOSO